NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE H. HERMOSILLO, | No. C 07-3163 JF (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO COMPLETE IN FORMA PAUPERIS APPLICATION |
| v. | |
| SANTA CLARA COUNTY, et al., | |
| Defendants. | (Docket No. 2) |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis. However, the Court notes that Plaintiff is no longer in custody. Accordingly, the Court will grant Plaintiff an extension of time to complete a non-prisoner application to proceed in forma pauperis. Plaintiff shall complete the Court's non-prisoner in forma pauperis application, enclosed with this order, **within thirty days**. In the alternative, Plaintiff may pay the $350 filing fee. Failure to submit the enclosed application or pay the filing fee within the Court's deadline will result in the Court dismissing the instant action without prejudice for failure to file a completed in forma pauperis application or pay the filing fee.

IT IS SO ORDERED.

DATED: 12/7/07

JEREMY FOGEL
United States District Judge

A copy of this ruling was mailed to the following:

Jose H. Hermosillo
1747 King Road
San Jose, CA  95122

Order Granting Plaintiff an Extension of Time to Complete in Forma Pauperis Application
P:\PRO-SE\SJ.Jf\CR.07\Hermosillo163ifpext.wpd      2