**E-filed 1/22/08**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE H. HERMOSILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>    Defendants.                              / | No. C 07-3163 JF (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis. On December 7, 2007, the Court sua sponte granted Plaintiff an extension of time to complete a non-prisoner application to proceed in forma pauperis because Plaintiff was no longer in custody. The Court directed Plaintiff to complete the Court's non-prisoner in forma pauperis application, enclosed with the order, within thirty days. In the alternative, the Court noted that Plaintiff may pay the $350 filing fee. The Court warned Plaintiff that his failure to submit the non-prisoner in forma pauperis application or pay the filing fee within the Court's deadline would result in the Court dismissing the instant action without prejudice for failure to file a completed in forma pauperis application or pay the filing fee.

///

1  As of the date of this order, Plaintiff has not filed a completed in forma pauperis
2  application or paid the filing fee. Accordingly, the instant civil rights action is DISMISSED
3  without prejudice for Plaintiff's failure to pay the filing fee or file a completed non-prisoner
4  in forma pauperis application. Plaintiff's prisoner application to proceed in forma pauperis
5  (docket no. 2) is DENIED as moot because he is no longer in custody. The Clerk shall
6  terminate all pending motions and close the file.

7  IT IS SO ORDERED.

8  DATED: 1/17/08

JEREMY FOGEL
9  United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Jf\CR.07\Hermosillo163disifp.wpd    2

1  A copy of this ruling was mailed to the following:

2

3  Jose H. Hermosillo
   1747 King Road
   San Jose, CA  95122

4

Order of Dismissal
P:\PRO-SE\SJ.Jf\CR.07\Hermosillo163disifp.wpd         3