NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE H. HERMOSILLO, | No. C 07-3163 JF (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| SANTA CLARA COUNTY, et al., | |
| Defendants. | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file a completed non-prisoner in forma pauperis application. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/17/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.Jf\CR.07\Hermosillo163jud.wpd

1  A copy of this ruling was mailed to the following:

3  Jose H. Hermosillo
1747 King Road
San Jose, CA 95122