NC

JAN. 6TH 2008

FILED

TO OFFICE OF THE CLERK,
NORTHERN DISTRICT OF CA
CC: HONORABLE JEREMY FOGEL

JAN 23 2008
RICHARD W. WIEKING
CLERK
US DISTRICT COURT
NO. DIST. OF CA. S.J.

CASE# C 07-3163 JF (PR)

REASON: REQUESTING EXTENSION TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS (PRISONERS CASE FORMS) & CHANGE OF ADDRESS.

DEAR HONORABLE JUDGE FOGEL IM SORRY TO REPORT THAT I'VE SUFFERED A RETURN TO CUSTODY ON NOV 13TH, 2007. IM IN RECEIPT OF YOUR RECENT ORDER INVOLVING AN APPLICATION TO PROCEED IN FORMA PAUPERIS (NON PRISONER CASE), HOWEVER DUE TO A MISCOMUNICATION WITH THE POST OFFICE MY MAIL WASN'T FOWARDED IN A TIMELY FASION. THEREFORE BEING TODAY IS JAN 6TH, ALONG WITH THE FACT I MUST ATTAIN NEW FORMS FROM OUR LAW LIBRARY, I RESPECTFULLY REQUEST ADDITIONAL TIME TO OBTAIN APPROPRIATE IN-FORMA PAUPARIS APPLICATI-

on to file in accordance with your order.

Please, also be adviced the address found on the envalope is my new mailing address. I do sincerely appologize for my delay and any inconvenance it may have caused.

Thank you very much for your invaluable time in reviewing my request.

Sincerely

*[signature]*

1-6-08



Jose Hermosillo
CRE-216
885 N San Pedro St.
San Jose, CA. 95110

SAN JOSE CA 951
22 JAN 2008 PM 5 T

Office of the Clerk   US District Court
Northern District of California
280 South First St. Room 2112
San Jose, CA. 95113-3095

95113+3008