1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE H. HERMOSILLO, | No. C 07-3163 JF (PR) |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |
| v. | |
| SANTA CLARA COUNTY, et al., | |
| Defendants. | (Docket No. 9) |

On January 22, 2008, the Court dismissed without prejudice the instant civil rights action for Plaintiff's failure to pay the filing fee or file a completed non-prisoner in forma pauperis application. Judgment was entered the same day and the case closed.

Accordingly, Plaintiff's motion for an extension of time (Docket No. 9) to file an in forma pauperis application is DENIED as moot.

IT IS SO ORDERED.

DATED: ___7/9/08___

_____
JEREMY FOGEL
United States District Judge

Order Denying Motion for Ext. of Time to File IFP App.
P:\PRO-SE\SJ.JF\CR.07\Hermosillo163_motion.wpd